# United States Court of Appeals
# for the Fifth Circuit

———————

No. 24-10868
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
April 15, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Marcus Dwayne Carter,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CR-116-3

———————————————————

Before King, Southwick, and Engelhardt, *Circuit Judges*.

Per Curiam:*

    The attorney appointed to represent Marcus Dwayne Carter has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Carter has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur

———————————————

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-10868

with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.